UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>HELEN C. SUN, Trustee;<br>MALKIT SINGH;<br>SARABJIT SINGH; and Does 1-10,<br><br>    Defendants. | **Case:** 3:16-CV-03956-HSG<br><br>**ORDER** |

Having read the forgoing request, it is hereby ordered that Plaintiff be granted permission to appear telephonically for the upcoming Case Management Conference, set for hearing on April 4, 2017 at 2:00 p.m. Plaintiff's counsel shall set up a telephonic appearance through Courtcall. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: March 30, 2017        By: *[signature]*

                                                   Hon. Haywood S. Gilliam, Jr.
                                                 United States District Judge